**GIBEAUT, MAHAN & BRISCOE**
GARY R. GIBEAUT, ESQ. (State Bar No. 70951)
NANCY MAHAN-LAMB, ESQ. (State Bar No. 117997)
JOHN W. ALLEN, ESQ. (State Bar No. 137496)
6701 Center Drive West, Suite 611
Los Angeles, California 90045
Telephone: (310) 410-2020 ♦ Facsimile: (310) 410-2010

Attorneys for Defendant, PATRICIA JAFFE

E-FILED 03/22/12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRICK A. SINCLAIR, | **Case No.:  CV10 6248-PSG(FFMX)** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CULVER CITY UNIFIED SCHOOL DIST. & ASSISTANT SUPERINTENDENT HUMAN RESOURCES PATRICIA W. JAFFE (Individual & Official Capacity), | |
| Defendant(s). | |

This action came on without hearing before the Court, on March 14, 2012, the Honorable Philip S. Gutierrez, District Judge presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly reviewed and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing, that the action be dismissed on the merits and that Defendant Patricia Jaffe recover her costs.

DATED: 3/22/12

**PHILIP S. GUTIERREZ**
United States District Judge

- 1 -
JUDGMENT